DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK SCIRE,**
Appellant,

v.

**NICOLE HOCHMAN,**
Appellee.

No. 4D17-3618

[March 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE 11-12186.

Lydia A. Worden and Jennifer E. Reisler of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellant.

Nicole Hochman, Boynton Beach, pro se.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***